AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br>Francisco Meza-Carmona<br><br>*Defendant(s)* | Case No. 8:25MJ375 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 10, 2025** in the county of **Douglas** in the District of **Nebraska**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8:1326(a) & (b)(1) | Defendant, an alien who previously had been excluded, deported, and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557), having expressly consented to defendant's reapplication for admission into the United States. It is further alleged that the defendant was excluded, deported and removed from the United States subsequent to 6/24/2011 and 5/10/2024. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Carl L. Wisehart, ICE Deportation Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 6/24/2025

*Judge's signature*

City and state: Omaha, Nebraska

Ryan C. Carson, U.S. Magistrate Judge
*Printed name and title*

STATE OF NEBRASKA              )
                               )   AFFIDAVIT OF Carl L Wisehart
COUNTY OF DOUGLAS              )

Carl L Wisehart, being first duly sworn, hereby states that:

1. Your affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), with over eighteen (18) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2. Your affiant was previously an Immigration Enforcement Agent within ICE that was promoted to a Deportation Officer in 2011. In that capacity your affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3. Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. 1357). This Affidavit is based upon your affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4. In his official capacity, your affiant had the opportunity to make inquiries related to Meza-Carmona, Francisco A087 904 826 (hereinafter "defendant") came to the attention of ICE officers on June 10, 2025, as part of a worksite operation, encountered at Glenn Valley Foods, located at 6824 J. Street, Omaha, NE 68117, pursuant to a federal search warrant. Immigration checks revealed defendant has a final order of removal and has been removed from the U.S. on 2 prior occasions. Defendant was transported to the Omaha, Nebraska ICE office on for processing. During processing, fingerprint results confirmed defendant's identity. It was confirmed defendant had previously been ordered removed via Immigration Judge Removal Order and was physically removed from the U.S. on 2 prior occasions.

    Defendant's prior felony conviction includes:
    - Criminal Threat, (felony) K.S.A. Code 21-3149(a)(1), sentenced on February 05, 2010, in the District Court of Ford County, Kansas to serve 6 months prison. Case# 09 CR443.

5. Your affiant conducted inquiries including a thorough search of DHS and Federal Bureau of Investigation (FBI) records. The results of the inquiries allowed your affiant to locate and review the official alien registration file (A087 904 826), criminal history records (FBI # 380652CC8), and court reports documenting defendant's state conviction and a removal from the United States.

6. Defendant's fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared defendant's current fingerprint impressions to fingerprint impressions maintained in the data base relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed defendant had been arrested by DHS previously.

7. As a result of the positive match of fingerprints as described in paragraph 6, your affiant was able to locate a unique alien registration file (A087 904 826) relating to this defendant. Records in that alien registration file, as well as information in various databases maintained by DHS revealed that defendant had been ordered removed and removed from the United States to Mexico prior to being found in the District of Nebraska in 2025.

8. Based on IAFIS identification of defendant's prior history, your affiant reviewed defendant's alien registration file. The alien registration file and corresponding searches of DHS indices confirmed that the defendant is an alien who has been removed from the United States on 2 prior occasions.

9. The defendant's alien registration file contains photographs, fingerprints and immigration documents identifying defendant as a citizen and national of Mexico, removed from the United States to Mexico, on 06/24/2011, and 05/10/2014 pursuant to a final Immigration Judge Removal Order issued on 06/15/2011 in Kansas City, MO.

10. A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States.

11. Affiant believes there is probable cause that defendant is in violation of 8 United States Code, §1326(a) & (b)(1), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

_____
Carl L Wisehart, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me by telephone or other reliable electronic means:

Date: June 24, 2025

City and State: Omaha, Nebraska

_____
Ryan C. Carson, U.S. Magistrate Judge